# Exhibit 3



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*South Central Regional Office*

344 Marine Forces Drive
Grand Prairie, Texas 75051

October 17, 2022

John M. O'Connor
Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105

Re: HANSON, George John; Reg. No. 08585-062

Dear Attorney General O'Connor:

This is in response to your letter, dated October 14, 2022, concerning the denial of the request to transfer federal inmate George John Hanson to Oklahoma state custody for state execution proceedings. You seek confirmation of the decision to deny the requested transfer, as conveyed to the Tulsa County District Attorney in a letter dated September 28, 2022.

Title 18 U.S.C. § 3623 provides for the transfer of a federal prisoner to state custody prior to satisfaction of a federal obligation if the transfer would be in the public interest. Ordinarily, the Federal Bureau of Prisons effectuates such a transfer, when qualified, within the last 90 days of the inmate's satisfaction of the Federal sentence.

Inmate Hanson is in the primary jurisdiction of federal authorities, and I am unaware of any indication another sovereign may properly possess primary jurisdiction of him. On June 28, 2000, the Honorable H. Dale Cook, United States District Judge for the Northern District of Oklahoma, sentenced inmate Hanson to a term of life imprisonment, which he has been serving since that date. As inmate Hanson is presently subject to a Life term imposed in Federal Court, his transfer to state authorities for state execution is not in the public interest.

Sincerely,

Heriberto H. Tellez
Regional Director