`Case 7:22-cv-00108-O   Document 2   Filed 10/25/22   Page 1 of 4   PageID 37`

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| **STATE OF OKLAHOMA**,<br><br>**JOHN M. O'CONNOR**, in his official capacity as Attorney General of Oklahoma, and<br><br>**STEVE KUNZWEILER**, in his official capacity as District Attorney for District 14 of Oklahoma (Tulsa County)<br>*Plaintiffs*,<br><br>v.<br><br>**HERIBERTO TELLEZ**, in both his official capacity as Regional Director of the South Central Region of the Federal Bureau of Prisons, and his individual capacity,<br><br>**COLETTE S. PETERS**, in both her official capacity as Director of the Federal Bureau of Prisons, and her individual capacity,<br><br>**S.R. GRANT**, in both his official capacity as Acting Complex Warden of FCC Pollock, and his individual capacity, and<br><br>**FEDERAL BUREAU OF PRISONS**,<br>*Defendants.* | Civil Action No: _____ |

## PLAINTIFFS' MOTION FOR A WRIT OF HABEAS CORPUS OR, IN THE ALTERNATIVE, A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 2241(c)(3), Plaintiffs seek a transfer of John Hanson through a writ of habeas corpus because he is an inmate currently in federal custody in violation of a law of the United States—18 U.S.C. § 3623, the prisoner transfer statute. Alternatively, pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 7.1, Plaintiffs respectfully move this Court for a preliminary injunction to enjoin Defendants from denying a transfer of Hanson and an order instructing

Defendants to transfer him immediately to Oklahoma. As explained in the accompanying memorandum, Defendants' actions violate federal law and warrant either a writ of habeas corpus or an injunction.

In support of this Motion, Plaintiffs rely on the following:

1. The Brief in support of this motion, filed contemporaneously herewith;

2. The Complaint in this matter, ECF No. 1; and

3. All further evidence necessary to support this Motion, filed hereafter or presented at any hearing on this Motion.

Plaintiffs respectfully request the following relief:

a) A writ of habeas corpus requiring the surrender of inmate John Hanson to Oklahoma state authorities;

b) An injunction enjoining Defendants from violating 18 U.S.C. § 3623;

c) A declaration that Defendants have unlawfully refused to transfer inmate Hanson to state custody under 18 U.S.C. § 3623 and accompanying Order that Defendants do so before November 9, 2022;

d) A judgment for costs as appropriate under 28 U.S.C. § 2412; and

e) Such other relief as the Court may deem just and proper.

A Proposed Order outlining the scope of the requested relief is attached.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for a Writ of Habeas Corpus or, in the Alternative, a Temporary Restraining Order/Preliminary Injunction against the Government.

Dated: October 25, 2022                        Respectfully submitted,

/s/ *John C. Sullivan*
John C. Sullivan
S|L LAW PLLC
Texas Bar Number: 24083920
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

Bryan Cleveland*
  *Chief, Reserved Powers Protection Unit*
Will Flanagan*
  *Assistant Solicitor General*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
bryan.cleveland @oag.ok.gov
    **pro hac vice motion forthcoming*

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the undersigned document was served on Defendants on October 25, 2022, along with service of the Complaint in compliance with Fed. R. Civ. P. 4(i).

*/s/ John C. Sullivan*
John C. Sullivan

**CERTIFICATE OF CONFERENCE**

As required by Local Civil Rule 7.1, I hereby state that no conference was held on this Motion because I was unable to identify the counsel for Defendants in advance of filing the Complaint and this Motion. The Motion is presumed to be opposed.

*/s/ John C. Sullivan*
John C. Sullivan