IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **STATE OF OKLAHOMA**,<br><br>**JOHN M. O'CONNOR**, in his official capacity as Attorney General of Oklahoma, and<br><br>**STEVE KUNZWEILER**, in his official capacity as District Attorney for District 14 of Oklahoma (Tulsa County)<br>         *Plaintiffs*,<br><br>v.<br><br>**HERIBERTO TELLEZ**, in both his official capacity as Regional Director of the South Central Region of the Federal Bureau of Prisons, and his individual capacity,<br><br>**COLETTE S. PETERS**, in both her official capacity as Director of the Federal Bureau of Prisons, and her individual capacity,<br><br>**S.R. GRANT**, in both his official capacity as Acting Complex Warden of FCC Pollock, and his individual capacity, and<br><br>**FEDERAL BUREAU OF PRISONS**,<br>         *Defendants*. | Civil Action No: 7:22-cv-00108-O |

**NOTICE OF SERVICE OF COURT ORDER**

As instructed by this Court's Order of October 25, 2022 (ECF No. 7), Plaintiffs have provided a copy of that Order to Defendants. When serving the lawsuit to the Office of the United States Attorney for the Northern District of Texas (USAO) on October 25, 2022, counsel alerted Daryl Caldwell—the Deputy Administrative Officer for the USAO—that the Order to Expedite Briefing had been granted. Counsel followed up with emails to Scott Hogan—the First Assistant United States Attorney for the Northern District—and Mr. Caldwell on October 25th and October 26th that

1

contained the ECF Notice for this Court's Order as well as a PDF of the Order itself. Mr. Hogan acknowledged receipt of both the Order and the other pleadings in the case on October 26, 2022. He indicated that the government will respond accordingly.

October 26, 2022                                         Respectfully submitted,

/s/ *John C. Sullivan*
John C. Sullivan
S|L Law PLLC
Texas Bar Number: 24083920
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104
Phone: (469) 523-1351
Facsimile: (469) 613-0891
john.sullivan@the-sl-lawfirm.com

Bryan Cleveland*
  *Chief, Reserved Powers Protection Unit*
Will Flanagan*
  *Assistant Solicitor General*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
bryan.cleveland @oag.ok.gov
    **pro hac vice motion forthcoming*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document is being filed on the docket of the case via ECF and will be emailed to the United States Attorney for the Northern District of Texas as Defendants have not yet had counsel make an appearance in the case.

                                                  */s/ John C. Sullivan*
                                                  John C. Sullivan