UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

|  |  |  |
|---|---|---|
| STATE OF OKLAHOMA, *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs | | |
| v. | | No. 7:22-cv-00108-O |
| HERIBERTO TELLEZ., *et al.* | | |
| Defendants. | | |

**NOTICE RE: DEFS.' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

Defendants hereby provide notice of their intention to file a reply brief in support of their Motion to Transfer Pursuant to 28 U.S.C. § 1404, ECF No. 10 ("Mot."), by the end of the day today. Defendants respectfully submit that their motion for transfer should be resolved before Plaintiffs' pending motion seeking preliminary relief, ECF No. 2, as it raises a threshold issue— *i.e.*, the Wichita Falls Division should not adjudicate this case because the parties and underlying facts have no connection to this lawsuit. *See* Mot. at 2. Plaintiffs graciously agreed to enable expedited consideration of Defendants' motion by filing their opposition brief yesterday, *see* ECF No. 20, and Defendants therefore wish to inform the Court that the motion will be fully briefed by the end of the day today.

Dated: November 3, 2022                    Respectfully submitted,

                                            CHAD E. MEACHAM
                                            United States Attorney

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            BRIGHAM J. BOWEN

        Assistant Director

        */s/ Joseph J. DeMott*
        JOSEPH J. DEMOTT (Va. Bar No. 93981)
        MICHAEL J. GAFFNEY
        BRIAN C. ROSEN-SHAUD
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20005
        Telephone: (202) 305-5981
        Email: joseph.demott@usdoj.gov

        BRIAN W. STOLTZ
        Assistant United States Attorney

        *Counsel for Defendants*

<u>Certificate of Service</u>

On November 3, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties who have appeared in the case electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>*/s/ Joseph J. DeMott*</u>
Joseph J. DeMott
Trial Attorney, U.S. Department of Justice