UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STATE OF OKLAHOMA, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:22-cv-00108-O |
| | § | |
| HERIBERTO TELLEZ, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404 (ECF No. 10), filed October 30, 2022; Plaintiffs' Response in Opposition to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404 (ECF No. 20), filed November 2, 2022; and Defendants' Reply in Support of Motion to Transfer Pursuant to 28 U.S.C. § 1404 (ECF No. 22), filed November 3, 2022. Also pending before the Court is Defendants' Motion to Expedite (ECF No. 24), filed November 22, 2022. Defendants seek to transfer the above captioned case from the Wichita Falls Division of the United States District Court for the Northern District of Texas.

To resolve these motions, the Court **ORDERS** that oral argument regarding transfer under 28 U.S.C. § 1404 shall be held on **December 22, 2022 at 10:30 a.m.** in the Second Floor Courtroom of the Federal Courthouse located at 501 West 10th Street, Fort Worth, Texas 76102. Note that the hearing shall occur in the **Fort Worth Division** of the United States District Court for the Northern District of Texas.

**SO ORDERED** this **23rd day** of **November, 2022**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**