UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STATE OF OKLAHOMA, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> HERIBERTO TELLEZ, et al., § <br> § <br> Defendants. § | Civil Action No. 7:22-cv-00108-O |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **DISMISSED** for lack of subject matter jurisdiction.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

**SO ORDERED** on this **16th day** of **December, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE